# EXHIBIT A

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL 160.50[1][d]

I, **Ronald Lashley, and his Mother, Milagros Michelle Kelly**, Date of Birth ▓▓▓, SS# ▓▓▓, pursuant to NYCPL § 160.50[1][d], hereby designate MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, or his authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York</u> v. **Ronald Lashley**, Docket No. or Indictment No. **Unknown**, in **Family** Court, County of **Bronx**, State of New York, relating to my arrest on or about **9/22/11**, may be made available for use in Civil Action **Lashley et al. v. City of New York et al.**, _____ (S.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

I further authorize the release of a list from the New York City Police Department that identifies all my prior arrests by date of arrest, charge(s) and disposition, including all sealed arrests.

_Ronald Lashley_ _Milagros Michelle Kelly_
SIGNATURE

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF **New York** )

On this **5th** day of **July**, 2012, before me personally came **Ronald Lashley and Milagros Michelle Kelly** to me known and known to me to be the individuals described in and who executed the foregoing instrument, and they acknowledged to me that they executed the same.

_____
NOTARY PUBLIC

```
WYLIE M. STECKLOW ESQ.
Notary Public - State of New York
No. 02ST506337
Qualified in New York County
My Comm. Expires Jul. 22, 2006
```
2014

May 18, 2011